182 So.2d 898

**D. B. CLAYTON & ASSOCIATES**

v.

**William J. McNAUGHTON.**

6 Div. 217–A.

Supreme Court of Alabama.

Jan. 6, 1966.

Wingo, Bibb, Foster & Conwell, Birmingham, for appellant.

Rogers, Howard, Redden & Mills, Birmingham, for appellee.

HARWOOD, Justice.

Reversed and remanded on authority of D. B. Clayton & Associates v. McNaughton, 182 So.2d 890 (6 Div. 217).

LIVINGSTON, C. J., and SIMPSON and MERRILL, JJ., concur.

182 So.2d 913

**Ralph A. ELLIS**

v.

**STATE of Alabama.**

1 Div. 350.

Supreme Court of Alabama.

Feb. 10, 1966.

Thos. M. Haas, Mobile, for petitioner.

Richmond M. Flowers, Atty. Gen., and W. Mark Anderson, III, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Ralph A. Ellis for certiorari to the Court of Appeals to review and revise the judgment and decision in Ellis v. State of Alabama, 182 So.2d 910.

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.

186 So.2d 114

**James Lewis HAMILTON**

v.

**STATE of Alabama.**

6 Div. 317.

Supreme Court of Alabama.

May 5, 1966.

Wm. W. Conwell, Birmingham, for petitioner.

Richmond M. Flowers, Atty. Gen., and John G. Bookout, Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of James Lewis Hamilton for certiorari to the Court of Appeals to review and revise the judgment and decision in Hamilton v. State, Ala.App., 186 So.2d 108.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and HARWOOD, JJ., concur.